IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DISCIPLINARY BOARD OF THE
NEW MEXICO SUPREME COURT,

    Complainant,

vs.                                                 Civ. No. 14-418 KG/RHS

PAUL LIVINGSTON, ESQ.,

    Respondent.

## ORDER

This matter comes before the Court upon Respondent's Motion to Reconsider, filed on August 21, 2014. (Doc. 12). Plaintiff filed a response on September 2, 2014. (Doc. 14). Finding it unnecessary to consider a reply, the Court will review only the Motion to Reconsider and the response. Respondent moves the Court to reconsider its order remanding this lawsuit to state court on the basis of lack of subject matter jurisdiction. *See* (Doc. 10). As Complainant correctly argues, the Court, likewise, does not have subject matter jurisdiction over the Motion to Reconsider. *See Topeka Housing Authority v. Johnson*, 404 F.3d 1245, 1247-48 (10th Cir. 2005). The Court, therefore, denies the Motion to Reconsider.

IT IS ORDERED that Motion to Reconsider (Doc. 12) is denied.

_____
UNITED STATES DISTRICT JUDGE